UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERIC FLORES,

    Petitioner,

v.                                  Case No: 2:15-cv-653-FtM-99CM

UNITED STATES ATTORNEY GENERAL and FEDERAL BUREAU OF INVESTIGATION,

    Respondents.

### OPINION AND ORDER

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #7), filed June 10, 2016, recommending that plaintiff's Application to Proceed in District Court Without Prepaying Fees (Doc. #3) be denied and the Complaint be dismissed without prejudice.  No objections have been filed and the time to do so has expired.  The docket reflects that a copy of the Report and Recommendation was mailed to plaintiff on June 13, 2016, at the last known address in Texas, and has not yet been returned as undeliverable.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file, noting that plaintiff has filed similar complaints in the Middle District of Florida and other states that were also dismissed as frivolous, the Court accepts and adopts the Report and Recommendation of the magistrate judge.  The Court further notes that the United States Supreme Court has restricted plaintiff from proceeding *in forma pauperis* in noncriminal matters without the prepayment of fees.  Flores v. Holder, 132 S. Ct. 2397 (2012) ("As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fees are paid.).

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #7) is hereby **adopted** and the findings fully incorporated herein.

2.   Plaintiff's Application to Proceed in District Court Without Prepaying Fees (Doc. #3) is **DENIED**.

3.   The Clerk shall enter judgment dismissing the case without prejudice, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __30th__ day of June, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties